| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Daniel Olswang<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–1224 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Northern District of Illinois | Date case filed for chapter: | 7   4/25/23 |
| Case number: | 23–05433 | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Daniel Olswang | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 995 Half Day Road<br>Highland Park, IL 60035 | |
| 4. | **Debtor's attorney**<br>Name and address | Gregory J Jordan<br>Jordan & Zito LLC<br>350 North LaSalle Street<br>Ste 1100<br>Chicago, IL 60654 | Contact phone 312-854-7181<br><br>Email: gjordan@jz-llc.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602 | Contact phone 312 368-0300<br><br>Email: jcohen@cohenandkrol.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 4/26/23 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 2, 2023 at 01:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **Appear by Video. See details at www., justice.gov/ust/file/ILN.pdf/download.** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/1/23** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Northern District of Illinois

In re:  Case No. 23-05433-ABG
Daniel Olswang  Chapter 7
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: admin  Page 1 of 3
Date Rcvd: Apr 26, 2023  Form ID: 309A  Total Noticed: 67

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Olswang, 995 Half Day Road, Highland Park, IL 60035-1800 |
| 30211789 | + | 901 Center Street Holdings, LLC, 815 W. Van Buren, Suite 520, Chicago, IL 60607-3506 |
| 30211790 | + | Advent PLLC, 2885 N. Mayfair Road, Milwaukee, WI 53222-4404 |
| 30211794 | + | Blue Cross and Blue Shield of IL, P.O. Box 805107, Chicago, IL 60680-3625 |
| 30211797 | + | Carol Stream Properties, LLC, 7 Bighorn Ct, South Barrington, IL 60010-1014 |
| 30211798 | + | Chicago 400 Green LLC, 2 Ethel Road, Suite 205a, Edison, NJ 08817-2839 |
| 30211799 | | Chris Hansen, PO Box 34, Deerfield, IL 60015-0034 |
| 30211801 | + | Concord Mall Properties LLC, 10850 Wilshire Blvd, Suite 1000, Los Angeles, CA 90024-4322 |
| 30211804 | + | Dermatology Partners, 400 Skokie Blvd., Suite 475, Northbrook, IL 60062-7930 |
| 30211805 | + | Double D Dawgs LLC, 815 W. Van Buren, Suite 520, Chicago, IL 60607-3506 |
| 30211806 | + | Ellen Rudnick, 995 Half Day Road, Highland Park, IL 60035-1800 |
| 30211807 | + | Envision Physician Services, 1A Burton Hills Blvd., Nashville, TN 37215-6187 |
| 30211808 | + | Freedom Development Group LLC, 815 W. Van Buren, Suite 520, Chicago, IL 60607-3506 |
| 30211809 | + | GLN Investments, LLC, 815 W. Van Buren, Suite 520, Chicago, IL 60607-3506 |
| 30211810 | + | Golden Country Oriental Food L.L.C., 2355 S Blue Island Ave., Chicago, IL 60608-4227 |
| 30211811 | + | Harvey Shopping Center LLC, 1875 Century Park East, Suite 940, Los Angeles, CA 90067-2510 |
| 30211812 | + | Hillcrest Center, LLC, 29 S Deep Lake Rd, Saint Paul, MN 55127-6312 |
| 30211813 | + | Illinois Bone & Joint, 900 Rand Road, Suite 900, Des Plaines, IL 60016-2359 |
| 30211815 | | Illinois Department of Revenue, Bankruptcy Unit, 19035, Springfield, IL 62794-9035 |
| 30211817 | + | Jet Foods Carol Stream LLC, 815 W. Van Buren, Suite 520, Chicago, IL 60607-3506 |
| 30211818 | + | Jet Foods Harvey LLC, 815 W. Van Buren, Suite 520, Chicago, IL 60607-3506 |
| 30211819 | + | Jet Foods Park Forest LLC, 815 W. Van Buren, Suite 520, Chicago, IL 60607-3506 |
| 30211820 | | John Thomas, 111 S Morgan St., Apt. 905, Chicago, IL 60607-2736 |
| 30211821 | + | John Thomas, 111 S. Morgan, Unit 909, Chicago, IL 60607-2737 |
| 30211822 | + | Jordan & Zito LLC, 350 N. LaSalle Drive, Suite 1100, Chicago, IL 60654-0004 |
| 30211823 | ++ | KABBAGE INC DBA KSERVICING, 925B PEACHTREE STREET NE, SUITE 383, ATLANTA GA 30309-3918 address filed with court:, Kabbage, 730 Peachtree Street NE, Suite 1100, Atlanta, GA 30308 |
| 30211824 | | Kim Denkewalter, 1835 Rohlwing Road, Suite D, Rolling Meadows, IL 60008-1367 |
| 30211827 | + | Lincoln & Morgan, One America Plaza, 600 W. Broadway, San Diego, CA 92101-3311 |
| 30211828 | + | Lipari Foods, 26661 Bunert Road, Warren, MI 48089-3650 |
| 30211829 | + | Martin Weinberg, 13812 Le Havre Dr., Palm Beach Gardens, FL 33410-1247 |
| 30211830 | + | McKinley Financial Partnership #3 L, 320 N. Main St., Suite 200, Ann Arbor, MI 48104-1127 |
| 30211834 | + | Moesle Meats, 5115 S. Millard Ave., Chicago, IL 60632-3736 |
| 30211835 | + | North Shore University Health Sys, 4901 Searle Parkway, Suite 330, Skokie, IL 60077-5314 |
| 30211836 | + | Parkway Bank and Trust Co., 4800 N. Harlem Avenue, Harwood Heights, IL 60706-3577 |
| 30211837 | + | Prescient Capital Partners, Ltd, c/o Jacob Sellers, 825 Niolett Mall, Suite 1648, Minneapolis, MN 55402-2705 |
| 30211839 | + | Ravine Way Surgery Center, 2350 Ravine Way, Suite 500, Glenview, IL 60025-7657 |
| 30211840 | + | Richard Olswang, 3075 Mary Kay Lane, Glenview, IL 60026-1172 |
| 30211841 | + | St Paul Wabasha Partners II LLC, 815 W. Van Buren, Suite 520, Chicago, IL 60607-3506 |
| 30211842 | + | St Paul Wabasha Partners LLC, 815 W. Van Buren, Suite 520, Chicago, IL 60607-3506 |
| 30211846 | + | TOT Holdings I LLC, 815 W. Van Buren, Suite 520, Chicago, IL 60607-3506 |
| 30211847 | + | TOT Holdings II LLC, 815 W. Van Buren, Suite 520, Chicago, IL 60607-3506 |
| 30211844 | + | Theron May, 4747 West Peterson, Chicago, IL 60646-5712 |
| 30211845 | + | Ton Real Estate Investments X, LLC, 815 W. Van Buren, Suite 520, Chicago, IL 60607-3506 |
| 30211848 | + | Tower Real Estate Fund 1 LLC, 7434 N. Harlem, Chicago, IL 60631-4404 |
| 30211849 | + | Voshel Investments LLC, 55 E. Jackson, Suite 500, Chicago, IL 60604-4396 |

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: 309A | Total Noticed: 67 |

| | | |
|---|---|---|
| 30211850 | + | Webb & Gerritsen, 16705 W. Lincoln Ave., New Berlin, WI 53151-2727 |
| 30211851 | + | Westridge Lending REIT, LLC, 11601 Wilshire Blvd. Suite 2410, Los Angeles, CA 90025-1760 |
| 30211852 | | Zwicker & Associates, 80 Milwaukee Road, Andover, MA 01810 |

TOTAL: 48

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: gjordan@jz-llc.com | Apr 26 2023 22:24:00 | Gregory J Jordan, Jordan & Zito LLC, 350 North LaSalle Street, Ste 1100, Chicago, IL 60654 |
| tr | + | EDI: QJECOHEN.COM | Apr 27 2023 02:22:00 | Joseph E Cohen, Cohen & Krol, 105 West Madison Suite 1100, Chicago, IL 60602-4600 |
| 30211793 | + | Email/Text: legal@arsnational.com | Apr 26 2023 22:24:00 | ARS National Services Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 30211791 | + | Email/Text: srco-srco-bankruptcyandprobate@aah.org | Apr 26 2023 22:25:00 | Advocate Condell Medical Center, 801 S. Milwaukee, Libertyville, IL 60048-3204 |
| 30211792 | + | Email/PDF: bncnotices@becket-lee.com | Apr 26 2023 22:32:47 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 30211795 | | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 26 2023 22:24:00 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91411 |
| 30211796 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Apr 26 2023 22:24:00 | Carmax Auto Finance, 225 Chastain Meadows Ct, Kennesaw, GA 30144-5841 |
| 30211800 | + | EDI: CITICORP.COM | Apr 27 2023 02:21:00 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 30211802 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 26 2023 22:32:46 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 30211803 | + | Email/Text: lawsoliz@sbcglobal.net | Apr 26 2023 22:24:00 | Darrel Remily, c/o Juan Soliz, 3203 S. Pulaski Rd., Chicago, IL 60623-4920 |
| 30211814 | + | Email/Text: des.claimantbankruptcy@illinois.gov | Apr 26 2023 22:25:00 | Illinois Department of Employment S, Benefit Payment Control Division, P O Box 4385, Chicago, IL 60680-4385 |
| 30211816 | | EDI: IRS.COM | Apr 27 2023 02:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 30211823 | | Email/Text: bankruptcy@kservicing.com | Apr 26 2023 22:24:00 | Kabbage, 730 Peachtree Street NE, Suite 1100, Atlanta, GA 30308 |
| 30211825 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 26 2023 22:24:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 30211826 | | Email/Text: bankruptcy@landmarkcu.com | Apr 26 2023 22:24:00 | Landmark Credit Union, 5445 S Westbridge Dr., PO Box 510870, New Berlin, WI 53151 |
| 30211831 | | Email/Text: bk@mbb.net | Apr 26 2023 22:24:00 | Medical Business Bureau LLC, PO Box 1219, Park Ridge, IL 60068-7219 |
| 30211832 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 22:24:00 | Midland Credit Management Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 30211833 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 22:24:00 | Midland Credit Management Inc., PO Box 301030, Los Angeles, CA 90030-1030 |
| 30211838 | + | Email/Text: lawsoliz@sbcglobal.net | Apr 26 2023 22:24:00 | Randall Hansen, c/o Juan Soliz, 3203 S. Pulaski Rd., Chicago, IL 60623-4920 |
| 30211843 | | Email/Text: amieg@stcol.com | Apr 26 2023 22:24:00 | State Collection Service, Inc., PO Box 6250, Madison, WI 53716-0250 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2023                Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:

**Name** | **Email Address**

Gregory J Jordan
on behalf of Debtor 1 Daniel Olswang gjordan@jz-llc.com

Joseph E Cohen
jcohen@cohenandkrol.com
jcohen@ecf.AxosFS.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;acartwright@cohenandkrol.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

TOTAL: 3