# JORDAN & ZITO LLC
ATTORNEYS & COUNSELORS AT LAW

**350 North LaSalle Street**
**Suite 1100**
**Chicago, Illinois 60654-5131**

**312.854.7181**

Direct E-mail:
gjordan@jz-llc.com

April 28, 2023

Via Electronic Mail

Daniel Olswang
995 Half Day Road
Highland Park, Illinois 60035

Dear Dan:

      **Re:    Representation of Daniel Olswang Concerning and Relating to Filing Chapter 7 Bankruptcy**

      This will confirm that Daniel Olswang ("you" and "your") has requested that Jordan, Zito LLC ("JZ" and "our firm") render certain legal services concerning providing legal counsel, settling your dispute with Karen Goodman, the Chapter 7 Trustee for Freedom Development Group – 87th Street LLC, preparation of schedules, and prosecuting a bankruptcy case to be filed under Chapter 7 of the United States Bankruptcy Code.

      The value of our firm's services is and will be $5,000.00. In addition, you are required to deliver the sum of $338.00, which represents the filing fee charged by the United States Bankruptcy Court.

      In representing you, I shall be the responsible attorney. The purpose of the responsible attorney is not only to maintain a centralized monitoring of all work for you but also to maintain a personal relationship with you. The responsible attorney is the person who usually determines the make-up of the team required to complete a legal task. My standard hourly rate is $500.00, and Mark Zito's is $425.00.

      JZ's agreement to represent you does not entail our firm's representation of you in litigation, e.g., discharge/dischargeability adversary proceedings, objection to exemption, or the like. If JZ undertakes representation in a lawsuit or lawsuit filed against you, our firm will invoice you on an hourly basis.

      If litigation ensues, our firm will be entitled to reasonable attorneys' fees, including any appellate fees, or you may retain other counsel of your choosing. However, if a dispute should arise resulting in irreconcilable differences, you consent to permit our firm to withdraw as your counsel.

Chicago Illinois

Jordan & Zito LLC

Daniel Olswang
April 28, 2023
Page 2

This engagement letter will extend to all matters except to the extent modified explicitly in writing and amends the engagement letter you previously signed.

This engagement letter does not confer any right on any third party.

Truly yours,

Jordan & Zito LLC

Gregory J. Jordan

The undersigned hereby accepts the terms of the preceding engagement letter.

By: _____
Daniel Olswang, Individually

Chicago Illinois