UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  23-05433 |
| DANIEL OLSWANG, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION OF THE U.S. TRUSTEE FOR AN EXTENSION TO OBJECT TO DISCHARGE OR MOVE TO DISMISS

This case coming to be heard on the motion of the U.S. Trustee for an extension to object to discharge and move to dismiss, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted. The deadline for the U.S. Trustee to object to discharge or move to dismiss is extended to November 1, 2023.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  August 25, 2023

**Prepared by:**

Adam G. Brief, Assistant U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
Chicago, Illinois 60604
(202) 503-7104