UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.: 23-05433
Daniel Olswang,   )
)   Chapter: 7
)   Honorable A. Benjamin Goldgar
)
)   Lake County
Debtor(s)   )

## ORDER GRANTING TRUSTEE'S MOTION
## TO EXTEND TIME TO OBJECT TO DISCHARGE

THIS MATTER COMING ON TO BE HEARD upon the motion of trustee Reed Heiligman for an extension to object to discharge, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted.  The last date for trustee Reed Heiligman to object to discharge is extended to November 1, 2023.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  August 25, 2023

**Prepared by:**

Reed Heiligman (IL Bar No. 6294312)
Hiltz, Zanzig & Heiligman, LLC
53 West Jackson Blvd. Suite 1301
Chicago, Illinois  60604
Tel.:  (312) 566-9008
Fax:  (312) 566-9015
reed@hzhlaw.com